**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILSON RENAN CUEVA RAPALO,<br><br>                Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minneapolis corporation; and DOES 1 through 30, inclusive.<br><br>                Defendants. | No. CV 24-7842 DMG (KSx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [22]** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on November 13, 2025 [Doc. #22], and good cause appearing, the Court hereby **APPROVES** the Stipulation and **DISMISSES** the above-captioned action, in its entirety, **with prejudice**. Each party shall bear its own attorneys' fees and costs. All dates and deadlines set in this matter are vacated.

**IT IS SO ORDERED.**

DATED:  November 21, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE